**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Fidelio S Hernandez–Gaspar | Social Security number or ITIN   xxx–xx–6857 |
| | First Name    Middle Name    Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | Rebeca Flores–Torres | Social Security number or ITIN   xxx–xx–2081 |
| | First Name    Middle Name    Last Name | EIN   _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court   District of New Jersey

Case number:   18–33636–RG

# Order of Discharge

12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Fidelio S Hernandez–Gaspar                     Rebeca Flores–Torres

3/15/19                                        **By the court:** Rosemary Gambardella
                                                            United States Bankruptcy Judge

### Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**

Examples of debts that are not discharged are:

- ◆ debts that are domestic support obligations;

- ◆ debts for most student loans;

- ◆ debts for most taxes;

- ◆ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- ◆ debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- ◆ some debts which the debtors did not properly list;

- ◆ debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- ◆ debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

---

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

---

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 18-33636-RG
Fidelio S Hernandez-Gaspar                                                Chapter 7
Rebeca Flores-Torres
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin          Page 1 of 2          Date Rcvd: Mar 15, 2019
                             Form ID: 318          Total Noticed: 30


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 17, 2019.
db/jdb        +Fidelio S Hernandez-Gaspar,   Rebeca Flores-Torres,   25 Park Avenue,   Apt # 10,
               Passaic, NJ 07055-5684
517899137     ++AMERICAN HONDA FINANCE,   P O BOX 168088,   IRVING TX 75016-8088
               (address filed with court: American Honda Finance,   201 Little Falls Dr,
               Wilmington, DE 19808)
517899138     +Cap1/dbarn,   Po Box 30253,   Salt Lake City, UT 84130-0253
517899140     +Cigna,   Complex Claim Unit,   7555 Goodwin Road,   Chattanooga, TN 37421-3183
517899141     +Citi,   Po Box 6217,   Sioux Falls, SD 57117-6217
517899146     +Hc Roya,   333 Holtzman Rd,   Madison, WI 53713-2109
517899147     +Jposephine Bajer, MD,   521 Van Houten Avenue,   Clifton, NJ 07013-2190
517899149     +Mental Health Clinic of Passaic,   1451 Van Houten Avenue,   Clifton, NJ 07013-2432
517899150     +Rickart Collection Systems, Inc.,   575 Milltown Road,   P.O. Box 7242,
               North Brunswick, NJ 08902-7242

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: usanj.njbankr@usdoj.gov Mar 16 2019 01:16:37      U.S. Attorney,   970 Broad St.,
               Room 502,   Rodino Federal Bldg.,   Newark, NJ  07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Mar 16 2019 01:16:32      United States Trustee,
               Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
               Newark, NJ 07102-5235
cr            +EDI: RMSC.COM Mar 16 2019 04:38:00      Synchrony Bank c/o PRA Receivables Management, LLC,
               PO BOX 41021,   Norfolk, VA 23541-1021
517899139     +EDI: CHASE.COM Mar 16 2019 04:38:00      Chase Card,   Po Box 15298,   Wilmington, DE 19850-5298
517899142     +EDI: WFNNB.COM Mar 16 2019 04:38:00      Comenity Bank/anniesez,   Po Box 182789,
               Columbus, OH 43218-2789
517899143     +EDI: WFNNB.COM Mar 16 2019 04:38:00      Comenitybank/dressbarn,   Po Box 182789,
               Columbus, OH 43218-2789
517899144     +EDI: CONVERGENT.COM Mar 16 2019 04:38:00      Convergent Outsourcing,   800 Sw 39th St,
               Renton, WA 98057-4927
517963358      EDI: DIRECTV.COM Mar 16 2019 04:38:00      Direct TV,   P.O. Box 5007,
               Carol Stream, IL 60197-5007
517899145     +EDI: TSYS2.COM Mar 16 2019 04:38:00      Dsnb Macys,   Po Box 8218,   Mason, OH 45040-8218
517899148     +EDI: CBSKOHLS.COM Mar 16 2019 04:38:00      Kohls/capone,   N56 W 17000 Ridgewood Dr,
               Menomonee Falls, WI 53051-7096
517899148     +E-mail/Text: bncnotices@becket-lee.com Mar 16 2019 01:15:28      Kohls/capone,
               N56 W 17000 Ridgewood Dr,   Menomonee Falls, WI 53051-7096
517899151     +EDI: RMSC.COM Mar 16 2019 04:38:00      Syncb/jcp,   Po Box 965007,   Orlando, FL 32896-5007
517899152     +EDI: RMSC.COM Mar 16 2019 04:38:00      Syncb/old Navy,   Po Box 965005,
               Orlando, FL 32896-5005
517899153     +EDI: RMSC.COM Mar 16 2019 04:38:00      Syncb/oldnavydc,   Po Box 965005,
               Orlando, FL 32896-5005
517899154     +EDI: RMSC.COM Mar 16 2019 04:38:00      Syncb/tjx Cos,   Po Box 965015,   Orlando, FL 32896-5015
517899155     +EDI: RMSC.COM Mar 16 2019 04:38:00      Syncb/walmart,   Po Box 965024,   Orlando, FL 32896-5024
517899156     +EDI: RMSC.COM Mar 16 2019 04:38:00      Syncb/walmart Dc,   Po Box 965024,
               Orlando, FL 32896-5024
517899157     +EDI: RMSC.COM Mar 16 2019 04:38:00      Syncb/wlmrtd,   Po Box 965024,   Orlando, FL 32896-5024
517904089     +EDI: RMSC.COM Mar 16 2019 04:38:00      Synchrony Bank,   c/o of PRA Receivables Management, LLC,
               PO Box 41021,   Norfolk, VA 23541-1021
517899158      EDI: WTRRNBANK.COM Mar 16 2019 04:38:00      Target Card Services,   P.O. Box 660170,
               Dallas, TX 75266-0170
517899159     +EDI: WTRRNBANK.COM Mar 16 2019 04:38:00      Td Bank Usa/targetcred,   Po Box 673,
               Minneapolis, MN 55440-0673
517899160     +EDI: TFSR.COM Mar 16 2019 04:38:00      Toyota Motor Credit,   Po Box 9786,
               Cedar Rapids, IA 52409-0004
                                                                                       TOTAL: 22


        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                  TOTAL: 0


Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0312-2        User: admin         Page 2 of 2        Date Rcvd: Mar 15, 2019
                           Form ID: 318         Total Noticed: 30
```

```
              ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 17, 2019                               Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 15, 2019 at the address(es) listed below:
          David  Wolff    dwtrustee@verizon.net,  NJ50@ecfcbis.com
          Denise E. Carlon    on behalf of Creditor    Toyota Motor Credit Corporation
           dcarlon@kmllawgroup.com,  bkgroup@kmllawgroup.com
          Franklin G. Soto    on behalf of Joint Debtor Rebeca  Flores-Torres yesenia@bsgslaw.com
          Franklin G. Soto    on behalf of Debtor Fidelio S Hernandez-Gaspar yesenia@bsgslaw.com
          Rebecca Ann Solarz    on behalf of Creditor    Toyota Motor Credit Corporation
           rsolarz@kmllawgroup.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                      TOTAL: 6
```