Form 177 – fnldec

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

        Case No.:  18−33636−RG
        Chapter:  7
        Judge:  Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Fidelio S Hernandez−Gaspar | Rebeca Flores−Torres |
| 25 Park Avenue | 25 Park Avenue |
| Apt # 10 | Apt # 10 |
| Passaic, NJ 07055 | Passaic, NJ 07055 |

Social Security No.:
  xxx−xx−6857                                             xxx−xx−2081

Employer's Tax I.D. No.:

## FINAL DECREE

    The estate of the above named debtor(s) has been fully administered.

    If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

    ORDERED that David Wolff is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: <u>March 20, 2019</u>                 <u>Rosemary Gambardella</u>
                                            Judge, United States Bankruptcy Court